**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BALDWIN JOSEPH,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**Case No: 6:10-cv-992-Orl-36GJK**

**THE COUNTRY CLUB AT DEER RUN,**

        **Defendant.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Gregory J. Kelly, filed on April 15, 2013 (Doc. 25). In the Report and Recommendation, the Magistrate Judge recommends that the Court deny Plaintiff Baldwin Joseph's ("Plaintiff") Motion for Entry of Clerk Default ("Motion for Default") (Doc. 22) and dismiss the Complaint (Doc. 1) for failure to allege that all conditions precedent to the institution of an action under Title VII of the Civil Rights Act of 1964 ("Title VII") have been fulfilled. *See* Doc. 25. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that Plaintiff's Motion for Default should be denied and the Complaint should be dismissed because the Complaint fails to allege that all conditions precedent to the institution of an action under Title VII have been fulfilled. *See id*. Specifically, the Complaint contains no allegation that Plaintiff filed a complaint against Defendant Country Club at Deer Run ("Defendant") with the Equal Employment Opportunity Commission ("EEOC"), nor does it allege that Plaintiff received statutory notice from the EEOC of his right to sue Defendant. *See id.*; *Burnett v. City of Jacksonville, Florida*, 376 F. App'x 905,

907 (11th Cir. 2010). Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Default (Doc. 22) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED.** The Clerk is directed to terminate all pending motions and deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 6, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Gregory J. Kelly